STATE OF NORTH CAROLINA v. JAMES LARRY ARNETTE

No. 8613SC790

(Filed 5 May 1987)

APPEAL by defendant from *Clark, Judge.* Judgment entered 26 March 1986 and Order entered 28 May 1986 in Superior Court, BRUNSWICK County. Heard in the Court of Appeals 6 January 1987.

Defendant, pursuant to a plea agreement, pled guilty to twenty-three felony charges and eleven misdemeanor charges, which arose out of a two month crime spree in which a number of automobiles were broken into and their contents stolen. In return for the guilty pleas, the State dismissed three felony and eleven misdemeanor charges also pending against defendant, agreed that the first five years of any active sentence received as a result of the guilty pleas would run concurrently with the sentence defendant was then serving, and limited to thirty years the active sentence defendant could receive for all charges pled to.

In conformity with the plea agreement, defendant pled guilty on 13 February 1986 to one charge of breaking and entering an automobile and one charge of felonious possession of stolen property. The two charges, arising out of an automobile break-in on 31 August 1985, were consolidated for sentencing.

At the 26 March 1986 sentencing hearing defendant presented evidence that he was a long-term drug abuser with a nine hundred dollar a day drug habit. Judge Clark found that no mitigating factors were present and found in aggravation of defendant's sentence that defendant had prior convictions for criminal offenses punishable by more than sixty days' confinement. Defendant received the maximum permissible sentence of ten years for the consolidated charges. Following sentencing, defendant filed a motion for appropriate relief requesting a new hearing, contending that the sentence imposed was not supported by the evidence. The court heard and denied the motion.

From the judgment and order, defendant appeals.

*Attorney General Lacy H. Thornburg, by Assistant Attorney General Debbie K. Wright, for the State.*

*Mark A. Lewis, for defendant appellant.*

ORR, Judge.

Defendant raised numerous assignments of error on appeal.

Since the identical issues, arising out of the same sentencing hearing, are addressed in detail in our prior opinion, *State v. Arnette*, 85 N.C. App. 492, 355 S.E. 2d 498 (1987), we decline to repeat this discussion, and instead, incorporate the above men-

tioned case. In that case, after reviewing the assignments of error, we concluded that defendant's sentencing hearing was free from error. Likewise, in the case *sub judice* we conclude that there was no error.

No error.

Judges ARNOLD and PHILLIPS concur.